FILED
CLERK
10:20 am, Oct 12, 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

DAWIT MAMO,

                            Plaintiff,

-against-

                            No.: 2:21-cv-05175(GRB)(ARL)

CURTISS-WRIGHT CORPORATION, and SCOTT
SCHOEPS, individually,

                            Defendants.

------------------------------------------------------------x

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, with prejudice, and without costs or attorneys' fees to any party as against the other.

      IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts and by facsimile/scanned signatures, which shall bear the same weight as original signatures.

| Dated: 10/3, 2022<br>Garden City, New York<br>By: _/s/ Joshua Friedman_<br>Joshua Friedman, Esq.<br>PHILLIPS & ASSOCIATES<br>585 Stewart Ave. Suite 410,<br>Garden City, New York 11530<br>jfriedman@tpglaws.com<br>(212) 248-7431<br>*Attorney for Plaintiff* | Dated: 10/11, 2022<br>Melville, New York<br>By: _/s/ Adam G. Guttell_<br>Adam G. Guttell<br>JACKSON LEWIS P.C.<br>58 South Service Road, Suite 250<br>Melville, New York 11747<br>Adam.Guttell@jacksonlewis.com<br>(631) 247-0404<br>*Attorney for Defendants* |
|---|---|

Dated: 10/12/2022
So Ordered. The Clerk of the Court is directed to close this case.
**/s/ Gary R. Brown**
GARY R. BROWN, U.S.D.J.